# Criminal Case Cover Sheet

**FILED:**

**U.S. District Court**

**Place of Offense:**
- ☐ Under Seal
- **Judge Assigned:** RBS
- **City:** Dulles, VA
- **Superseding Indictment:**
- **Criminal No.:** 1:14CR188
- **County:** Loudoun
- **Same Defendant:**
- **New Defendant:**
- **Magistrate Judge Case No.:**
- **Arraignment Date:**
- **Search Warrant Case No.:**
- **R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Credit Suisse AG
- **Alias(es):**
- ☐ Juvenile  **FBI No.:**
- **Address:** Paradeplatz 8  8070 Zurich  Switzerland
- **Employment:**
- **Birth Date:**  **SSN:**  **Sex:**  **Race:**  **Nationality:** Switzerland
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of:  in:
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Christopher A. Wray (King & Spalding LLP)
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:** 1700 Pennsylvania Ave, NW; Ste. 200; Wash., DC 20006
- ☒ Retained
- **Phone:** 202-626-5570
- ☐ Public Defender
- ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Mark D. Lytle; SAUSAs Mark Daly and Nanette Davis
- **Phone:** 703/299-3768
- **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**
Internal Revenue Service - Criminal Investigation / IRS SA James O'Leary (202/305-2724)

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 371 / 26 USC 7 | Conspiracy to Aid and Assist False | One | Felony |
| Set 2: | | | | |

**Date:** May 19, 2014    **AUSA Signature:** [signature]    *may be continued on reverse*