IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:14-CR-188 |
| ) | |
| CREDIT SUISSE AG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## FINANCIAL DISCLOSURE STATEMENT OF CREDIT SUISSE AG

Pursuant to Local Criminal Rule 12.4, Credit Suisse AG hereby files the instant Financial Disclosure Statement.

Credit Suisse AG states as follows:

1. Credit Suisse AG is a wholly-owned subsidiary of Credit Suisse Group AG, which is a corporation organized under the laws of the Country of Switzerland and whose shares are publicly traded on the SIX Swiss Exchange and are also listed on the New York Stock Exchange in the form of American Depositary Shares. No publicly-held company owns 10% or more of Credit Suisse Group AG. Credit Suisse AG has publicly registered debt securities and warrants in the United States and elsewhere.

2. The following parent, subsidiary or affiliate entities of Credit Suisse AG have issued stock or debt securities to the public:

- Banco de Investimentos Credit Suisse (Brasil) S.A.
- Boats Investments (Netherlands) B.V.
- Credit Suisse AG
- Credit Suisse AG VelocityShares

- Credit Suisse AG, Bahamas Branch
- Credit Suisse AG, Cayman Islands Branch
- Credit Suisse AG, Guernsey Branch
- Credit Suisse AG, London Branch
- Credit Suisse AG, Nassau Branch
- Credit Suisse AG, New York Branch
- Credit Suisse AG, Sydney Branch
- Credit Suisse AG, Tokyo Branch
- Credit Suisse Asset Management LLC
- Credit Suisse Deutschland Aktiengesellschaft
- Credit Suisse Finance (India) Private Limited
- Credit Suisse First Boston Capital LLC
- Credit Suisse First Boston Finance B.V.
- Credit Suisse First Boston Finance (Gibraltar) Limited
- Credit Suisse First Boston International (Guernsey) Limited
- Credit Suisse Fund Services (Luxembourg) S.A.
- Credit Suisse Gestion S.G.I.I.C., S.A.
- Credit Suisse Group AG
- Credit Suisse Group Capital (Guernsey) I Limited
- Credit Suisse Group Capital (Guernsey) III Limited
- Credit Suisse Group Finance (Guernsey) Limited
- Credit Suisse Group Finance (U.S.) Inc.
- Credit Suisse Group (Guernsey) I Limited
- Credit Suisse Group (Guernsey) II Limited
- Credit Suisse Group (Guernsey) IV Limited
- Credit Suisse Group (Guernsey) V Limited
- Credit Suisse Holdings (USA), Inc.
- Credit Suisse International
- Credit Suisse Securities (Europe) Limited
- Credit Suisse Securities (Nederland) B.V.
- Credit Suisse Securities (USA) LLC
- Credit Suisse (Hong Kong) Limited
- Credit Suisse (USA), Inc.
- CSAM Funding II
- CSAM Funding II (Delaware) Corp.
- CSAM Funding III
- CSAM Funding III (Delaware) Corp.
- Financiere CSFB NV
- Gisela (Guernsey) Limited
- ICBC Credit Suisse Asset Management Co., Ltd.
- Magnolia Finance I PLC
- Magnolia Finance V PLC
- Magnolia Finance VI PLC
- Magnolia Finance VII PLC

- Magnolia Funding Limited
- Neue Aargauer Bank AG
- Sherlock Limited
- Westbridge Capital Corp.

Respectfully submitted,

/s/ Edmund P. Power
Christopher A. Wray, Esq. (*Pro Hac Vice* pending)
Andrew C. Hruska, Esq. (*Pro Hac Vice* pending)
Michael R. Pauzé, Esq. (*Pro Hac Vice* pending)
Edmund P. Power, Esq. (VSB # 65841)
KING & SPALDING LLP
1700 Pennsylvania Avenue
Washington, D.C. 20006
Direct Dial: (202) 626-5570
Direct Fax: (202) 626-3737
cwray@kslaw.com
ahruska@kslaw.com
mpauze@kslaw.com
epower@kslaw.com
Attorneys for Credit Suisse AG

May 19, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2014 the foregoing was filed and served upon the following:

Mark Lytle
Assistant United States Attorney
U.S. Attorney's Office, Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
Mark.lytle@usdoj.gov