# UNITED STATES DISTRICT COURT
## ** PLEA MINUTES**

Date: 05/19/2014                                            Case #: 1:14CR00188-001
Time: 5:30 p.m.- 6:20 p.m.                              Interpreter/Lang: N/A

**Pre-Indictment Plea Hearing:**

- Deft waived right to an Indictment, was FA, and PG to **Count 1** of the **Criminal Information** - - Plea ACCEPTED.
- Sentencing scheduled for: **08/12/2014 at 11:00 a.m.**

Honorable Rebecca Beach Smith, Chief United States District Judge, Presiding

Richard Banke                                           R. Montgomery
Courtroom Deputy                                     Court Reporter

UNITED STATES OF AMERICA
         v.
Credit Suisse AG                                        Deft appeared:  ☒ in person (by a corporate rep.)
                                                                                  ☒ w/ counsel   ☐ w/o counsel
                                                                                  ☐ through counsel

| Edmund Power/Andrew Hruska/Christopher Wray/Michael Pauze **Counsel for Deft** | Mark Lytle/Nanette Davis/Mark Daly **Counsel for Government** |
|---|---|

**Matter called for:**   Pre-Indictment Plea

**Filed in open court:**

☒ Waiver        ☐ Information        ☒ Plea Agreement        ☒ Statement of Facts
☐ Motion/Order to Dismiss

**Plea:**
☒ Deft FA and entered Plea of Guilty as to Count __1__ of the **Criminal Information** - - Plea ACCEPTED.

☐ Motion for Dismissal of Count (s) __ by ☐ US or ☐ Deft
☐ Order entered in open Court          ☐ Order to follow

☒ Case continued to: **08/12/2014 at 11:00 a.m.** for Sentencing

- Defense counsel directed to submit revised exhibit a to the plea agreement as directed from the bench within 48 hours.
- Parties waive PSR.
- Order to follow regarding the deadlines for filing any position papers if parties deem them necessary.