# KING & SPALDING

RECEIVED

2014 JUN -2 P 4: 42

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 200
Washington, D.C. 20006

Edmund P. Power
Direct Dial: (202) 626-5448
Direct Fax: (202) 626-3737
epower@kslaw.com

June 2, 2014

**VIA HAND DELIVERY**

Hon. Rebecca Beach Smith
Chief United States District Judge
c/o Richard Banke, Clerk's Office
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: United States of America v. Credit Suisse AG, Case No. 1:14-cr-188

Dear Chief Judge Smith,

Last week, at the Court's request, we provided the Court with the original copy of the Limited Certificate of Corporate Resolution of Credit Suisse AG dated May 20, 2014, which was executed in connection with the plea agreement in the above-referenced matter. Enclosed is the original copy of the Corporate Resolution that was filed initially.

Please contact us if you have any questions.

Sincerely,

Edmund P. Power
Michael R. Pauzé

Enclosure

cc: Mark Lytle, Esq.