IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | CRIMINAL NO. 1:14-CR-188 |
| | ) | |
| CREDIT SUISSE AG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**<u>UNITED STATES' RESPONSE TO UNOPPOSED
MOTION OF CREDIT SUISSE AG TO CONTINUE SENTENCING</u>**

COMES NOW the United States of America, by and through undersigned counsel, and hereby files this Response to Defendant Credit Suisse AG's Unopposed Motion to Continue the sentencing currently scheduled for August 12, 2014 (Docket Entry No. 22). For the reasons set forth in the Motion, the United States does not oppose a continuance of the sentencing proceeding until at least November 1, 2014.

                                              Respectfully submitted,

                                              Dana J. Boente
                                              United States Attorney
                                              Eastern District of Virginia


By:   /s/
        Mark D. Lytle
        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher A. Wray, Esq. (*Pro Hac Vice*)
Andrew C. Hruska, Esq. (*Pro Hac Vice*)
Michael R. Pauzé, Esq. (*Pro Hac Vice*)
Edmund P. Power, Esq. (VSB # 65841)
KING & SPALDING LLP
1700 Pennsylvania Avenue  N.W.
Washington, D.C.  20006
Direct Dial: (202) 626-5570
Direct Fax:  (202) 626-3737
cwray@kslaw.com
ahruska@kslaw.com
mpauze@kslaw.com
epower@kslaw.com
Attorneys for Credit Suisse AG


By: /s/
Mark D. Lytle
Assistant U.S. Attorney
U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
Mark.lytle@usdoj.gov
Phone: 703-299-3768
Fax: 703-299-3981