

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:14-CR-188 |
| ) | |
| CREDIT SUISSE AG, ) | |
| ) | |
| Defendant. ) | |

### TIMOTHY L. BLIXSETH'S STATEMENT
### IN THE CRIMINAL SENTENCING OF CREDIT SUISSE AG

I, Timothy Lee Blixseth, acting pro se, submit the following statement in the above referenced case as permitted by this Court's order of September 29, 2014. I am not an attorney so I will comment using common sense and my personal experience with the defendant. I will begin with a quote by a dear departed friend who said. "The only thing I can do is to tell the truth as I see it and let the chips fall where they may"

As this Court contemplates the appropriate sentencing for the crime the defendant admitted it committed, common sense tells us to examine its past conduct and what punishment will deter it from repeating that conduct in the future. I offer exhibit 1 attached, for the Court to review which recaps what is known publicly as of now about the long history of past misconduct of Credit Suisse AG, which has led to the imposition of monetary penalties which have obviously failed to deter future violation of the laws of the United States to the great detriment of many innocent persons.

Credit Suisse's past pattern of disregard for statutes and regulations is the bed it has made for itself and this Court should now not be reluctant to require substantial penalties and

Statement – Page 1

conditions which are not only compensation to victims, but a genuine deterrent to future misconduct which is harmful both to the American economy and the welfare of those who are victimized.

Credit Suisse has demonstrated time after time that the monetary penalties assessed when caught cheating were well worth the risk, since the profits it made far exceeded the penalties. The proposed settlement with the government for less than one year of earnings will become a byline in the company's annual report.

Its *modus operandi* using deceit, craft and trickery is as common and natural to the institution, as is telling the truth by most responsible institutions and most people. On behalf of thousands of those victimized by Credit Suisse, I urge this Court to include the following in the sentencing:

1. Order Credit Suisse AG to disclose the names of all U.S. taxpayer's identities they assisted in avoiding paying their fair share of taxes, which avoidance throws the burden of financing government upon honest corporations and the middle class of people who are struggling to care for their families and bear the burden of the tax structure.

2. Impose specific and precise consequences for future violation of the standards established by statute and regulation. Those consequences should include severe penalties if Credit Suisse is found guilty of additional crimes in the next five years, including a consideration of crimes committed in the past, but not yet charged as of the sentencing date.

In a high profile case such as this, the eyes of the American public are on this Court. Credit Suisse and other banking institutions, both foreign and domestic, were a major cause of the 2008 Recession which has caused hundreds of thousands of Americans to lose their employment, to be subjected to loss of their homes, and ultimately to bankruptcy. The damage

to the American and World economy has been devastating, and yet few of the leaders of banking houses and financial institutions have been charged or convicted of the crimes which were committed to satisfy their greed.

When I filed my first pro se appearance in this case I assumed that the chance of actually becoming a court designated victim was low. However, that was not my only goal. I had the goal to at least be a voice for myself and all of the other victims whom Credit Suisse AG had damaged by its callous actions. A voice to tell this Court and others what my experience has been, having shaken hands with Credit Suisse AG, but not ever being able to wash off the dirty stains.

I thank the Court for allowing me to be able to have a voice, regardless of how small a voice it may be. That which I have filed in this case *is the truth* and will remain a part of the record for anyone to read in the future. Credit Suisse's greed and thirst for profits has literally left thousands of good people financially wounded, with their future financial health permanently destroyed. They are the carnage left behind. Their names and faces disappear behind the words, **"net operating profit."** Unlike some, I will not do "anything" for money, but I will do "everything" for justice.

Submitted this __8__ day of October 2014

_____
Timothy Lee Blixseth- pro se.

ORIGIN ID:BVUA (206) 422-7435
TIM BLIXSETH
SHIP DATE: 08OCT14
ACTWGT: 0.4 LB
CAD: 6990558/SSF01521

1605 73RD AVE NE

MEDINA, WA 98039
UNITED STATES US

BILL CREDIT CARD

TO HONORABLE JUDGE SMITH
US DIST COURT
401 COURTHOUSE SQUARE
ALBERT V. BRYAN COURTHOUSE
ALEXANDRIA VA 22314
(703) 299-2100
INV:
PO:
DEPT:
REF:

THU – 09 OC
STANDARD OVERNI
22
VA-US

TRK# 7714 2654 7689
0201

XC NDVA

earthsmart
FedEx carbon-neutral
envelope shipping

TRY FEDEX ONE RATE ℠
Flat rate shipping that delivers more.
fedex.com/tryonerate
114.NM13.001

U.S. MARSHALS SERVICE

FedEx Express

RT 348  3  D
FZ 349    7689
          10.09